**FILED - GR**
June 6, 2008 11:29 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _rmw____ /_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN A. BLETZ, Personal Representative
of the ESTATE OF FRED ROGER BLETZ, DECEASED;
and KATHRYN A. BLETZ, individually,

    Plaintiffs,

v

TRAVIS GRIBBLE, and BRENT DENNY,
individually, jointly and severally,

    Defendant.
_____/

COUNTY NOS: 06-H-25214-NO
                  08-H-26244-NO
HON. DAVID A. HOORT

USDC No: **1:08-cv-533**
USDC Judge: **Robert J. Jonker**
**US District Judge**

SINAS, DRAMIS, BRAKE, BOUGHTON & McINTRYE, P.C.
by:     GEORGE T. SINAS (P25643)
        BRYAN J. WALDMAN (P46864)
        JAMES M. HOFER (P49719)
Attorneys for Plaintiff
3380 Pine Tree Road
Lansing, MI 48911-4207
(517) 394-7500

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
BY:     ANNE McCLOREY McLAUGHLIN (P40455)
Attorneys for Defendant
33900 Schoolcraft
Livonia, MI 48150
Phone: (734) 261-2400
Fax: (734) 261-4510
_____/

## NOTICE OF REMOVAL OF ACTION

    **NOW COME** the Defendants, TRAVIS GRIBBLE and BRENT DENNY, by and through their attorneys, **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.,** by **ANNE McCLOREY McLAUGHLIN,** and in support of their Notice of Removal of Action, hereby states as follows:

    1.    On or about May 13, 2008, the Defendants were served with a copy of the Summons and Complaint in Ionia County Circuit Court Case No. 08-H-26244-NO. See Exhibit 1.

    2.    Said Complaint, filed in the Ionia County Circuit Court, alleges in part that the

Plaintiffs were deprived of their constitutional rights, and seeks damages and remedies under 42 U.S.C. § 1983.

3. Both Defendants in this matter have been served with process, and are being represented by the undersigned, and concur in the filing of this Notice of Removal.

4. Said allegations, involving claims arising under the Constitution and laws of these United States, are within the original jurisdiction of this United States District Court.

5. By Order of the Ionia County Circuit Court, Hon. David A. Hoort, on June 2, 2008 (see Exhibit 2), Case No. 08-H-26244-NO was consolidated with Ionia County Case No. 06-H-25214-NO. The Complaint and First Amended Complaint in Case No. 06-H-25214-NO, attached as Exhibit 3, allege claims under Michigan law arising out of the same transaction or occurrence as the claims in Case No. 08-H-26244-NO.

6. Pursuant to 28 U.S.C.§§ 1331 and 1441, removal of these consolidated actions from State Circuit Court to the United States District Court is appropriate.

Respectfully submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

By: _____
ANNE McCLOREY McLAUGHLIN (40455)
Attorneys for Defendant
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400

DATED: June 4, 2008